SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 22 2003

at 4 o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00519 DAE |
| Plaintiff, | INDICTMENT |
| v. | [21 U.S.C. §§ 841(a), 841(b)(1)(A)] |
| DOUGLAS KEOLA GONSALVES, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about August 22, 2003, in the District of Hawaii, DOUGLAS KEOLA GONSALVES knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

SEALED BY ORDER OF THE COURT

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

DATED: October 22, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. DOUGLAS KEOLA GONSALVES
Cr. No. _____
"Indictment"

2