EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00519 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW |
| | ) | SPECIAL INFORMATION |
| vs. | ) | FILED UNDER TITLE 21, |
| | ) | U.S.C. SECTION 851 |
| DOUGLAS KEOLA GONSALVES, | ) | |
| | ) | Date: June 2, 2006 |
| Defendant. | ) | Time: 2:15 p.m. |
| _____ | ) | Judge: David A. Ezra |

MOTION TO WITHDRAW SPECIAL INFORMATION
FILED UNDER TITLE 21, U.S.C. SECTION 851

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the United States of America, through Assistant U.S. Attorney Loretta Sheehan, moves this Court to dismiss the Special Information filed pursuant to Title 21, United States Code, Section 851 against Douglas Keola Gonsalves, should the Court accept the Memorandum of Plea Agreement.

The Defendant, Douglas Keola Gonsalves, pleaded guilty to the single-count Indictment on November 28, 2005, pursuant to a Memorandum of Plea Agreement. In the Memorandum of Plea Agreement, the government agreed to move to dismiss the Special Information filed under Title 21, United States Code, Section 851 prior to sentencing. In order to comport to the terms of the plea agreement, the government now moves this Honorable Court to dismiss the Special Information filed in this case.

DATED: May 22, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, May 31, 2006.

_____
David Alan Ezra
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served Electronically through CM/ECF**:

Cynthia A. Kagiwada                May 22, 2006
c_kagiwada@hotmail.com

Attorney for Defendant
DOUGLAS KEOLA GONSALVES

**Served by Hand-Delivery**:

U.S. Probation Office              May 22, 2006
Attn: Mona L. Godinet
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850

DATED: May 22, 2006, at Honolulu, Hawaii.

/s/ Iris Tanaka