# Certificate Of Completion

BE IT KNOWN THAT
THIS CERTIFICATE IS PRESENTED
To

# DOUGLAS GONSALVES

For

Completion of 100 hours of VT Computer Training in Microsoft Word
In Learning How to Edit Documents, Create letters, Memos,
Charts, Diagrams and Navigation of Microsoft Word

_____   _____
Vocational Training Instructor    Date

_____   _____
Supervisor of Education    Date

# Certificate of Completion

Be it known that

This certificate is presented by the
**SHERIDAN EDUCATION DEPARTMENT** to:

## Douglas Gonsalves

For the successful completion of the ACE "VT Math" class offered at Sheridan.

This certificate is hereby issued on the 12th day of August, 2007

_____
Supervisor of Education

_____
ACE Coordinator

# Certificate of Completion

Be it known that

This certificate is presented by the
**SHERIDAN EDUCATION DEPARTMENT to:**

## Douglas Gonsalves

For the successful completion of the ACE "Spanish II" class offered at Sheridan.

This certificate is hereby issued on the 12th day of August, 2007

_____
ACE Coordinator

_____
Supervisor of Education

# Certificate of Completion

**Be it known that**

**This certificate is presented by the**
**SHERIDAN EDUCATION DEPARTMENT to:**

## Douglas Gonsalves

For the successful completion of the ACE "Business Plan" class offered at Sheridan. This certificate is hereby issued on the 17th day of May, 2007

_____
ACE Coordinator

_____
Supervisor of Education

# Certificate Of Completion

Be it known that
This Certificate is presented
To

## DOUGLAS GONSALVES

For

Completion of 100 hours of Vocational Computer Training in Keyboarding
Formatting of Documents, Letters, Memos, Unbound Reports and
Touch Typing at 30 Words Per Minute

Sheridan, Oregon
Awarded at

March 29, 2007
Date

_____
Supervisor of Education

# Certificate Of Completion

On this, the 6th day of December, 2007
The Sheridan Education Department Would Like to Recognize

## DOUGLAS GONSALVES

For the Outstanding Work and Effort He Put Forth
in Accomplishing and Completing the Requirements for the Program

*Chemeketa Community College*
*Advanced Computer Program*

_____
TEACHER

_____
SUPERVISOR OF EDUCATION

## CERTIFICATE OF RECOGNITION

*In honor of your outstanding performance*
*We hereby present*

### Douglas Gonsalves

*with this certificate of Achievement*

**Active Parenting of Teens**
Adult Continuing Education Program
On this 21st day of November 2005

Patricia Ocasio
Supervisor of Education Recreation

Sheryl-lynn Camello
Adult Continuing Education Coordinator

---

## CERTIFICATE OF RECOGNITION

*In honor of your outstanding performance*
*We hereby present*

### Douglas Gonsalves

*with this certificate of Achievement*

**Workplace Essential Skills: Communication & Writing**
Adult Continuing Education Program
On this 22nd day of August 2005

Patricia Ocasio
Supervisor of Education Recreation

Sheryl-lynn Camello
Adult Continuing Education Coordinator