Douglas Keola Gonsalves #84252-022
FCI - Phoenix
37910 N. 45th Ave.
Phoenix, AZ. 85086

LEGAL MAIL

Sue Beitia, Clerk
United States District Court
C-338 U.S. Courthouse
300 Ala Moana Blvd.
Honolulu, HI. 96850-0338



FEDERAL CORRECTIONAL INSTITUTION
37900 N. 45th AVENUE
PHOENIX, AZ 85086-7000

DATE: 6-22-04

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Inmate Systems Manager