RECEIVED
CLERK U.S. DISTRICT COURT

July 7, 2008

JUL 14 2008
2:40 p
DISTRICT OF HAWAII

Douglas Keola Gonsalves
Reg. No. 84252-022
FCI - Phoenix
37910 N. 45th Ave.
Phoenix, AZ. 85086

Walter A.Y.H. Chinn, Clerk
United States District Court
United States Courthouse
300 Ala Moana Blvd., Rm C-338
P.O. Box 50129
Honolulu, Hawaii  96850-0338

  Re: United States of America vs. Douglas Keola Gonsalves,
   No. CR 03-00519 DAE

Dear Mr. Chinn:

  Enclosed please find my Traverse of Plaintiff's motion in opposition to my Motion to Alter or Amend Judgment that I wish presented along with my original pleading for the Court's consideration.

  Thank You.

       Sincerely,

       Douglas Keola Gonsalves



Douglas Keola Gonsalves
Reg. No. 84252-022
37910 N. 45th Ave.
Phoenix, AZ. 85086

Wlater A.Y.H. Chinn, Clerk
United States District Court
United States Courthouse
300 Ala Moana Blvd., C-338
P.O. Box 50129
Honolulu, Hawaii 96850-0338



FEDERAL CORRECTIONAL INSTITUTION
37900 N. 45th AVENUE
PHOENIX, AZ 85086-7408

DATE 7-7-0v

The enclosed letter has processed through
special mailing procedures for forwarding
to you. The letter has been neither opened
nor inspected. If the writer raises a question
or problem over which this facility has
jurisdiction, you may wish to return the
material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to
the above address.

Inmate Systems Manager