<200b>



FEDERAL CORRECTIONAL INSTITUTION
37900 N. 45th AVENUE
PHOENIX, AZ 85086-7006

DATE

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.