# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 5, 2008

Loretta A. Sheehan, Esq.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii 96850

    IN RE:    U.S.A v. Douglas Keola Gonsalves
    CR NO.    CR 03-00519DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on August 11, 2008.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

    Sincerely,
    Sue Beitia, Clerk

    By /s/ Anna F. Chang
    Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of: Notice of Appeal; Order (doc no. 94); Order denying Request for COA (doc no. 98); docket sheet, dfnf, Order for Time Schedule

cc:    Douglas Keola Gonsalves with copy of instructions for criminal appeals; Transcript Desig. & Ordering Form with instructions; Order for Time Schedule and a copy of the docket sheet