UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.      **SHORT CASE TITLE:**      U.S.A. vs. Douglas Keola Gonsalves

       **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

       **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

       **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 03-00519DAE


II      **DATE NOTICE OF APPEAL FILED:**    August 11, 2008


III     **U.S. COURT OF APPEALS PAYMENT STATUS:**

       **DOCKET FEE PAID ON:**                   **AMOUNT:**

       **NOT PAID YET:**                             **BILLED:**

       **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED**:

       **WAS APPELLANT GRANTED F.P. STATUS?**  YES

       **IF YES, SHOW DATE**:      May 10, 2004

       **WAS F.P. STATUS REVOKED**:          **DATE:**

       **WAS F.P. STATUS LIMITED IN SOME FASHION?**

       **IF YES, EXPLAIN:**


IV      **COMPANION CASES, IF ANY:**


V.      **COMPLETED IN THE U.S. DISTRICT COURT BY**:

       Anna F. Chang

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
      Court of Appeals Docket Fee.)